1068

No. 85–6249. MIDWIFE v. SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SAN DIEGO ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 85–6255. BARTLEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 85–6267. GRANT v. ABSHIRE, SUPERINTENDENT, RIVERSIDE CORRECTIONAL FACILITY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–6298. HUGGARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–6328. RIVERA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–6331. CAROTHERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–6336. BERO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–6339. AGILAR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–6353. DENNIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–6358. JENKS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–6370. AGUIRRE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.